

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00659-CR

**EX PARTE** Daniel **LONGORIA**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017W0877
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

    In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

    SIGNED November 1, 2017.

_____
Marialyn Barnard, Justice